

**U. S. Department of Justice**

***Robert J. Higdon, Jr.***
*United States Attorney*
*Eastern District of North Carolina*

*Terry Sanford Federal Building*
*310 New Bern Avenue*
*Suite 800*
*Raleigh, North Carolina 27601-1461*

*Telephone (919) 856-4530*
*Criminal FAX (919) 856-4487*
*Civil FAX (919) 856-4821*
*www.usdoj.gov/usao/nce*

M E M O R A N D U M

DATE:     July 31, 2018

TO:       Clerk's Office
          United States District Court
          Eastern District of North Carolina
          Raleigh, North Carolina

REPLY TO: Robert J. Higdon, Jr.
          United States Attorney

ATTN OF:  SEBASTIAN KIELMANOVICH SK
          Assistant United States Attorney

SUBJECT:  UNITED STATES v. GUADALUPE ESPINOSA-PENA
                           DENSLO ALLEN PAIGE
          No. 5:18-CR-298-1FL WESTERN DIVISION
          No. 5:18-CR-298-2FL WESTERN DIVISION

    Please issue a warrant for the arrest of the above-named defendant and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office and the U.S. Pretrial Services Office.

    The warrant should be returnable before the U.S. Magistrate Judge.

SK:jk

cc:  US Marshal Service
     US Probation Office