AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

UNITED STATES OF AMERICA

V.

GUADALUPE ESPINOSA-PENA

RECEIVED AUG 02 2018 U.S. Marshals Service, EDNC

**SEALED**
**WARRANT FOR ARREST**

CRIMINAL CASE: 5:18-CR-298-1FL

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**GUADALUPE ESPINOSA-PENA** and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ SEALED Indictment _____ Superseding Indictment _____ Criminal Information ___ Complaint

____ Order of Court: ____ Violation Notice ___ Probation Violation Petition charging him/her with:

Count 1 - 18 U.S.C. §§ 1015(f) and 2: False statement and claim of Unite States Citizenship in order to register to vote and aiding and abetting

Count 2 - 18 U.S.C. § 611(a): Voting by an alien

Peter A. Moore, Jr.
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

Nick Bullock
Signature of Issuing officer by Deputy Clerk

August 1, 2018 - WILMINGTON, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

**FILED**

**RETURN**

AUG 2 3 2018
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

This warrant was received and executed with the arrest of the above named defendant

Raleigh, NC

| DATE RECEIVED 08/02/18 | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
| --- | --- | --- |
| DATE OF ARREST 08/22/18 | AUSA | D.T. [signature] |