UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Crim. No. 5:18-CR-298-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | NOTICE OF APPEARANCE |
| GUADALUPE ESPINOSA-PENA ) | |
|     Defendant. ) | |
| _____ ) | |

Pursuant to Local Rules, Attorney Andrew McCoppin hereby notifies this Honorable Court that he will represent the defendant in the above-captioned criminal proceeding.

Respectfully submitted this 27th day of August 2018.

                      McCoppin & Associates Attorneys at Law P.A.

                      /s/ Andrew McCoppin
                      ANDREW MCCOPPIN
                      Attorney for Defendant
                      1250 S.E. Maynard Road, #202
                      Cary, NC 27511
                      Mobile:        919-306-7621
                      Telephone:   919-481-0011
                      Fax:           919-461-4949
                      andrew@mccoppinlaw.com
                      CA Bar No.   175242
                      NC Bar No.    21725
                      CJA – APPOINTED COUNSEL

# CERTIFICATE OF SERVICE

Today, I served a copy of the foregoing upon the United States by electronic filing with CM/ECF to the person identified below:

Sebastian Kielmanovich
Assistant Unites States Attorney

Respectfully submitted this 27th day of August 2018.

                                              McCoppin & Associates Attorneys at Law P.A.

                                              /s/ Andrew McCoppin
                                              ANDREW MCCOPPIN
Attorney for Defendant
1250 S.E. Maynard Road, #202
Cary, NC 27511
Mobile:     919-306-7621
Telephone:  919-481-0011
Fax:        919-461-4949
andrew@mccoppinlaw.com
CA Bar No.   175242
NC Bar No.   21725
CJA – APPOINTED COUNSEL